# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: __22 CV 00747__

DATE FILED: __JAN 28 2022__

SIGNED BY: __JUDGE COTE__

DATE SIGNED: __JAN 25 2022__

TO BE FILED UNDER SEAL:

\_\_\_\_\_ ENTIRE ACTION

__X__ COMPLAINT/PETITON ONLY  Partial redaction

\_\_\_\_\_ OTHER DOCUMENTS/EXHIBITS