UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 <br> 20-MD-2924 |

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

## FINAL JUDGMENT

By Order dated July 25, 2023, the Court concluded that the Defendants were entitled to final judgment in the medical monitoring class action cases. Accordingly, the Court enters **RULE 58 FINAL JUDGMENT** in favor of the Defendants and against the Plaintiffs. The Plaintiffs shall take nothing by this action, and the Defendants shall go hence without day.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 25th day of July, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE